# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hon. Guy Reschenthaler, a member of the U.S. House of Representatives, et al., | Civil No. 1:24-CV-01671 |
| Plaintiffs, | |
| v. | **Motion for Temporary Restraining Order and Preliminary Injunction** |
| Al Schmidt, in his official capacity as Secretary of the Commonwealth, et al., | |
| Defendants. | |

The Plaintiffs move for a temporary restraining order, preliminary injunction enjoining the Pennsylvania Department of State's enforcement of its Directives and guidance exempting Overseas Citizens Absentee Voting Act of 1986 (UOCAVA) applicants from Help America Vote Act of 2002 (HAVA) requirements for voter registration information verification under 52 U.S.C. § 21083(a)(5).  Additionally, the Plaintiff moves that pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the evidence received by the Court at the hearing on Plaintiffs' motion for a preliminary injunction be consolidated with a trial on the merits.  The Plaintiffs move for a Court order as presented in the accompanying proposed order, which is incorporated by reference herein, and that this Court retains jurisdiction of this action to enforce the

terms of the injunction. The Plaintiffs' motion is accompanied by a supporting memorandum and the supporting declaration.

Dated: October 1, 2024

/s/ Karen DiSalvo
Karen DiSalvo (PA No. 80309)
Election Research Institute
Mohrman, Kaardal & Erickson
1451 Quentin Road, Suite 232
Lebanon, PA 17042
kd@election-institute.com
*Attorney for Plaintiffs*

Erick G. Kaardal (WI No. 1035141)*
Elizabeth A. Nielsen (PA No. 335131)*
Mohrman, Kaardal & Erickson, PA
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
kaardal@mklaw.com
nielsen@mklaw.com
*Attorneys for Plaintiffs*
*\*Petitions and Applications for Admission Forthcoming*