# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hon. Guy Reschenthaler, a member of the U.S. House of Representatives, et al., | Civil No. 1:24-CV-01671 |
| Plaintiffs, | |
| v. | **NOTICE OF HEARING** |
| Al Schmidt, in his official capacity as Secretary of the Commonwealth, et al., | |
| Defendants. | |

The Plaintiffs will bring on for hearing their Motion for Temporary Restraining Order and Preliminary Injunction, before a United States District Court Judge for the U.S. District Court for the Middle District of Pennsylvania, at a time and place to be determined.

Dated: October 1, 2024

/s/ Karen DiSalvo
Karen DiSalvo (PA No. 80309)
Election Research Institute
Mohrman, Kaardal & Erickson
1451 Quentin Road, Suite 232
Lebanon, PA 17042
kd@election-institute.com
*Attorney for Plaintiffs*

Erick G. Kaardal (WI No. 1035141)*
Elizabeth A. Nielsen (PA No. 335131)*
Mohrman, Kaardal & Erickson, PA
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
kaardal@mklaw.com
nielsen@mklaw.com
*Attorneys for Plaintiffs*
*\*Petitions and Applications for Admission Forthcoming*