IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GUY RESCHENTHALER**, *et al.*, | : | CIVIL ACTION NO. 1:24-CV-1671 |
| | : | |
| **Plaintiffs** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **AL SCHMIDT**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 4th day of October, 2024, upon consideration of the motion (Doc. 3) for temporary restraining order and preliminary injunction filed on October 1, 2024, by plaintiffs Congressmen Guy Reschenthaler, Dan Meuser, Glenn Thompson, Lloyd Smucker, and Mike Kelly, and following a telephonic conference with the parties on today's date for scheduling purposes, it is hereby ORDERED that:

1. A hearing on plaintiffs' motion for temporary restraining order and preliminary injunction shall commence on **Friday, October 18, 2024, at 11:00 a.m.** in Courtroom #7A, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania, 17102.

2. The parties' prehearing memoranda are due on or before **Wednesday, October 16, 2024**.  Therein, the parties shall apprise the court whether they anticipate calling any witnesses or putting on additional evidence beyond the supporting affidavit and exhibits attached to plaintiffs' complaint and motion.

3. The parties shall meet and confer forthwith to jointly determine the proper scope of and timeline for exchanging prehearing discovery.  If a discovery dispute arises and is not resolved after counsel attempt in good faith to do so, counsel shall file a letter to the docket requesting a telephonic discovery conference and outlining the nature of the dispute.  Counsel shall not file a formal discovery motion unless directed to do so following the telephonic conference.

4. Plaintiffs may file an amended complaint on or before **Monday, October 7, 2024**.

5. Plaintiffs' response to the motion (Doc. 14) to intervene filed by proposed intervenors the Democratic National Committee and the Pennsylvania Democratic Party is due **no later than Tuesday, October 8, 2024, at noon**.

6. Any motions to dismiss must be filed along with supporting briefs by **Friday, October 11, 2024, at noon**.  Briefs in opposition are due **Thursday, October 17, 2024, at noon**.

7. The parties shall provide notice of all filings to Clifford Levine, Esquire, counsel for proposed intervenors, pending resolution of the intervention motion.  In the event the court grants proposed intervenors' motion, proposed intervenors shall be prepared to comply with the foregoing briefing schedule.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania