Exhibit B

House Committee Meetings, *Public Hearing on election administration considerations (in particular in advance of the 2022 General Election)* (Sept. 14, 2022) https://www.legis.state.pa.us/cfdocs/legis/CMS/ArchiveDetails.cfm?SessYear=2021&MeetingId=2450&Code=-1&Chamber=H