# Federal Post Card Application is Both a Voter Registration Application and an Absentee Ballot Application

 **1** — Voter Registration Application Process

 **2** — Absentee Ballot Application Process

**Voter Registration Application Process:**

- Registration Application Submitted
- Application Reviewed for Completeness
- Review Residency Eligibility/Correct County

Applicant provided a Driver's License

Applicant provided an SSN4

Applicant states that they have neither* assign a unique ID

Enter applicant information into Statewide Voter Registration Database and **THEN** attempt to verify information on the voter registration application

Attempt to match MVA

Attempt to match SSA

Attempt to verify the accuracy of the info on application

Match or Verification = **Verified/Otherwise Valid**

No Match or Verification = **Not Verified/Provisional**

**Qualified Elector Entitled to vote under UOCAVA privileges**

**Provisionally Registered as not verified** but requires additional information to determine if registration is valid and eligible-

Voter is contacted to present additional information

**Absentee Ballot Application Process:**

- Absentee Ballot Application Submitted
- Application Reviewed for Completeness
- Confirm Applicant is a Qualified Elector

Board attempts to verify the proof of identification and compare the information on ballot application to the applicant's permanent registration card.

If Board confirms, ballot application is **Approved**

If proof of identification was not provided with the ballot application or not verified by the board, the board sends notice to the voter requiring them to provide proof of identification to the board or ballot will not be counted.

**3** — Ballots Mailed or Delivered Electronically to all **Approved** and all **NV** applicants

(b) Requirements for voters who registered by mail and (ii) who votes by mail, submits with the ballot a copy of ID with ballot

**Qualified Elector UOCAVA Eligible** HAVA **Exemption** for Mail Ballot ID Requirements **(**b)(1) shall not apply <u>to individuals who are **entitled to vote under UOCAVA**</u>

**NV/Provisional** - Officials have not yet determined if individual is a qualified electors or if they are entitled to vote under UOCAVA

*This situation is not possible for eligible military and not feasible for an eligible overseas non- military. In the rare, case where an applicant could make this assertion, HAVA requires the state to assign the applicant a unique ID in the statewide voter registration database but THEN attempt to verify that the information on the voter registration application is accurate.

Exhibit L