**pennsylvania**
DEPARTMENT OF STATE

# VOTER IDENTIFICATION REQUIREMENTS FOR VOTING

## IDENTIFICATION REQUIREMENTS FOR IN-PERSON VOTING AT THE POLLING PLACE

**Voters do not need to show photo identification at the polling place. Poll workers should not ask every voter for photo identification.**

In 2014, the Commonwealth Court held that the in-person proof of identification requirements enacted under Act 18 of 2012 were unconstitutional. Those provisions are no longer in force even though *you may see them in Pennsylvania's Election Code.*

The Court's ruling on proof of identification *applies only to identification requirements for voters who appear to vote at their polling place.* As a result of the ruling, the previous rules regarding identification requirements for first-time voters at the polling place remain in effect.

If a voter is voting for the **first time in an election district, the voter must show proof of identification, either photo or non-photo identification**. Returning voters need not show any identification unless otherwise noted in the poll book.

Forms of photo identification include:
- Pennsylvania driver's license or PennDOT ID card
- ID issued by any Commonwealth agency
- ID issued by the U.S. Government
- U.S. passport
- U.S. Armed Forces ID
- Student ID
- Employee ID

A non-photo identification that includes the voter's name and address is also acceptable. Forms of non-photo identification include:
- Voter registration card issued by the County Voter Registration Office
- Non-photo ID issued by the U.S. Government
- Non-photo ID issued by any agency of the Commonwealth or U.S. Government
- Firearm permit
- Current utility bill
- Current bank statement
- Paycheck
- Government check

Exhibit M

**pennsylvania**
DEPARTMENT OF STATE

**IDENTIFICATION REQUIREMENTS FOR ABSENTEE & MAIL-IN VOTING**

Act 18 of 2012 imposed proof of identification requirements for voters applying to vote by absentee ballot. The court's ruling in 2014 did not affect those requirements and they remain in effect. Act 77 of 2019 instituted no excuse mail-in voting and included the same proof of identification requirements for mail-in ballots as for absentee ballots.

***EXCEPTION: Those entitled to vote by absentee ballot under the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) or by alternative ballot under the Voting Accessibility for the Elderly and Handicapped Act (VAEH) are not required to provide proof of identification.***

A voter applying to vote by absentee or mail-in ballot must provide proof of identification. If the voter has been issued a valid and current driver's license (or PennDOT ID card), the voter must provide the driver's license (or ID card) number.

If a voter does not have a driver's license (or PennDOT ID card), the voter must provide the last four digits of his or her Social Security number.

Only if the voter has *neither* a driver's license (or ID card) *nor* a Social Security number, then the voter must provide a copy of an ID that shows a NAME, a PHOTO, and an EXPIRATION DATE that is CURRENT. The copy of the photo identification must accompany the application for absentee or mail-in ballot.

Only limited types of photo identification are acceptable for this purpose, such as Photo IDs issued by the U.S. Government or the Commonwealth of Pennsylvania, and must include a valid expiration date (unless otherwise noted below) including:

- U.S. Passport
- U.S. Military ID (active duty and retired military ID may designate an expiration date that is indefinite). Military dependents' ID must contain current expiration date.
- Employee photo identification issued by Federal, Pennsylvania, Pennsylvania County, or Pennsylvania Municipal government.
- Photo identification issued by an accredited Pennsylvania public or private institution of higher learning.
- Photo identification issued by a Pennsylvania care facility, including long-term care facilities, assisted living residences and personal care homes.

A voter who does not include proof of identification with the absentee or mail-in ballot application should still receive a ballot; however, the county board of elections must send a notice to the voter with the ballot requiring the voter to provide proof of identification with the ballot. The voter has six (6) calendar days following the election to provide proof of identification**.**

Exhibit M

**pennsylvania**
DEPARTMENT OF STATE

**ALL INFORMATION SHOULD REFLECT THE CURRENT LAW FOR IDENTIFICATION**

All handouts, signage or other information must reflect current requirements and policy. Specifically, any and all materials relating to the in-person photo identification requirements of Act 18 of 2012 that the Commonwealth Court invalidated (including the "Show It" signs and polling place handouts) must be removed from public display**.**

Any automated phone messaging or answering services that contain information about voter identification must clearly and accurately reflect the identification requirements for "first-time" in-person voters, absentee, and mail-in voters.

Internal staff training documents/programs that are used for training staff on identification requirements for voters must accurately reflect the current identification requirements for "first-time" in-person voters, absentee, and mail-in voters.

Exhibit M