**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HON. GUY RESCHENTHALER, et al. | ) ) | |
| Plaintiffs, | ) | Civil No. 1:24-CV-01671 |
| | ) | |
| v. | ) | The Hon. Christopher J. Conner |
| | ) | United States District Judge |
| AL SCHMIDT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE COMBINED DOCUMENT**

Plaintiffs allege in this case that defendants (Pennsylvania election officials) have issued directives and guidance to county boards of election regarding the eligibility of military and other overseas voters that conflicts with federal law. Proposed intervenors, the Democratic National Committee and the Pennsylvania Democratic Party, move for leave to file a combined brief in support of their motion to dismiss and response to plaintiffs' motion for a temporary restraining order and preliminary injunction of up to 30 pages. If the two documents were filed separately, each could be up to 15 pages. *See* L.R. 7.8(b). A combined document would further judicial efficiency, particularly in this highly expedited proceeding, in which oral argument is scheduled for October 18.

Pursuant to Local Rule 7.1., the undersigned contacted counsel for all parties regarding this request. Plaintiffs do not oppose this request (though without

prejudice to their opposition to the pending motion to intervene); defendants do not

oppose this request.

A proposed order is attached.

October 9, 2024                                   Respectfully submitted,

WILMER CUTLER PICKERING              DENTONS COHEN & GRIGSBY P.C.
HALE AND DORR LLP

                                                  By:_____
                                                      Clifford B. Levine
Seth P. Waxman                                        David F. Russey
    (*pro hac vice* forthcoming)                      Dentons Cohen & Grigsby P.C.
Daniel S. Volchok                                     625 Liberty Avenue 5th Floor
    (*pro hac vice* forthcoming)                      Pittsburgh, Pennsylvania 15222
Wilmer Cutler Pickering                               (412) 297-4998
   Hale and Dorr LLP                                  clifford.levine@dentons.com
2100 Pennsylvania Ave. N.W.                           david.russey@dentons.com
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com

Nicholas Werle
    (*pro hac vice* forthcoming)
Wilmer Cutler Pickering Hale and
Dorr LLP
7 World Trade Center
250 Greenwich St.
New York, New York
(212) 230-8800
nick.werle@wilmerhale.com

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1, the undersigned sought the parties' concurrence in this motion by contacting their counsel by email on October 9, 2024.

_____
Clifford B. Levine

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed on October 9, 2024, using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____