# EXHIBIT

# Voter Registration and Absentee Ballot Request
## Federal Post Card Application (FPCA)

**This form is for absent Uniformed Service members, their families, and citizens residing outside the United States. It is used to register to vote, request an absentee ballot, and update your contact information. See your state's guidelines at FVAP.gov.**

Print clearly in blue or black ink, please see back for instructions.

## 1. Who are you? Pick one.

I request an absentee ballot for all elections in which I am eligible to vote AND:

- ☐ I am on active duty in the Uniformed Services or Merchant Marine  **–OR–**  ☐ I am an eligible spouse or dependent.
- ☐ I am a U.S. citizen living outside the country, and I intend to return.
- ☐ I am a U.S. citizen living outside the country, and my intent to return is uncertain.
- ☐ I am a U.S. citizen living outside the country, I have never lived in the United States.

| | |
|---|---|
| Last name | Suffix (Jr., II) |
| First name | Previous names (if applicable) |
| Middle name | Birth date (MM/DD/YYYY) |
| Social Security Number | Driver's license or State ID# |

☐ Mr.  ☐ Miss
☐ Mrs.  ☐ Ms.

## 2. What is your address in the U.S. state or territory where you are registering to vote and requesting an absentee ballot?

Your voting materials will not be sent to this address. See instructions on the other side of form.

| | |
|---|---|
| Street address | Apt # |
| City, town, village | State |
| County | ZIP |

## 3. Where are you now?  You MUST give your CURRENT address to receive your voting materials.

Your mailing address. (Different from above)

Your mail forwarding address. (If different from mailing address)

## 4. What is your contact information? This is so election officials can reach you about your request.

Provide the country code and area code with your phone and fax number. Do not use a Defense Switched Network (DSN) number.

| | |
|---|---|
| Email: | Phone: |
| Alternate email: | Fax: |

## 5. What are your preferences for upcoming elections?

A. How do you want to receive voting materials from your election office? (Select One)
- ☐ Mail
- ☐ Email or online
- ☐ Fax

B. What is your political party for primary elections?

## 6. What additional information must you provide?

Puerto Rico and Vermont require more information, see back for instructions. *Additional state guidelines* may be found at FVAP.gov. You may also use this space to clarify your voter information.

## 7. You must read and sign this statement.

**I swear or affirm, under penalty of perjury, that:**

- The information on this form is true, accurate, and complete to the best of my knowledge. I understand that a material misstatement of fact in completion of this document may constitute grounds for conviction of perjury.
- I am a U.S. citizen, at least 18 years of age (or will be by the day of the election), eligible to vote in the requested jurisdiction, and
- I am not disqualified to vote due to having been convicted of a felony or other disqualifying offense, nor have I been adjudicated mentally incompetent; or if so, my voting rights have been reinstated; and
- I am not registering, requesting a ballot, or voting in any other jurisdiction in the United States, except the jurisdiction cited in this voting form.

| Sign here  X | | Today's date (MM/DD/YYYY) |
|---|---|---|

This information is for official use only. Any unauthorized release may be punishable by law. Previous editions are obsolete. Standard Form 76 (Rev.09-2021), OMB No. 0704-0503, NSN 7540-00-643-5053

# You can vote wherever you are.

## 1. Fill out your form completely and accurately.

- Your U.S. address is used to determine where you are eligible to vote absentee. For military voters, it is usually your last address in your state of legal residence. For overseas citizens, it is usually the last place you lived before moving overseas. You do not need to have any current ties with this address. DO NOT write a PO Box # in section 2.

- Most states allow you to provide a Driver's License number or the last 4 digits of your SSN. New Mexico, Tennessee, and Virginia require a full SSN.

- If you cannot receive mail at your current mailing address, please specify a mail forwarding address.

- Many states require you to specify a political party to vote in primary elections. This information may be used to register you with a party.

- **Section 6 Requirements:** If your voting residence is Vermont, you must acknowledge the following by writing in section 6: "I swear or affirm that I have taken the Vermont Voter's Oath." If your voting residence is in Puerto Rico, you must list your mother's and father's first name.

- We recommend that you complete and submit this form every year while you are an absentee voter.

## 2. Remember to sign this form!

## 3. Return this form to your election official. You can find their contact information at FVAP.gov.

- Remove the adhesive liner from the top and sides. Fold and seal tightly. If you printed the form, fold it and seal it in an envelope.

- All states accept this form by mail and many states accept this form by email and fax. See your state's guidelines at FVAP.gov.

## Agency Disclosure Statement

The public reporting burden for this collection of information, OMB Control Number 0704-0503, is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or burden reduction suggestions to the Department of Defense, Washington Headquarters Services, at whs.mc-alex.esd.mbx.dd-dod-information-collections@mail.mil. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. DO NOT SUBMIT YOUR FORM TO THE E-MAIL ADDRESS ABOVE.

## Privacy Advisory

When completed, this form contains personally identifiable information and is protected by the Privacy Act of 1974, as amended.

**Questions?**
**Email: vote@fvap.gov**

---

The address can be found online at FVAP.gov.)
[Fill in the address of your election office.

**TO**

NO POSTAGE NECESSARY IN THE U.S. MAIL – DMM 703.8.0

OFFICIAL ABSENTEE BALLOTING MATERIAL – FIRST CLASS MAIL

Authorized by the US Postal Service

**OFFICIAL ELECTION MAIL**

International airmail postage is required if not mailed using the U.S. Postal Service, APO/FPO/DPO system, or diplomatic pouch.

PAR AVION

U.S. Postage Paid
39 USC 3406

(Your name and mailing address)

**From**

# Pennsylvania

www.dos.pa.gov

Upcoming Elections

## No Federal Elections Scheduled

Please mail your voting materials early enough to account for mail delivery times. Check the recommended mailing dates section in Chapter 1 for details.

## Important information

| | |
|---|---|
| What is UOCAVA? | The *Uniformed and Overseas Citizens Absentee Voting Act* is commonly referred to as *UOCAVA*. *UOCAVA* citizens are U.S. citizens who are active members of the Uniformed Services, the Merchant Marine, the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, their eligible family members and other U.S. citizens residing outside the United States. The law provides the legal basis for absentee voting requirements for federal offices. |
| What is the Federal Post Card Application (FPCA)? | The FPCA (Federal Standard Form 76) allows *UOCAVA* citizens to register to vote and request an absentee ballot. This form is also used to update your contact information. |
| What is the Federal Write-In Absentee Ballot (FWAB)? | The FWAB (Federal Standard Form 186) serves as an emergency backup ballot for *UOCAVA* citizens. If you do not receive your absentee ballot from your state in time to return it to your election official to participate in the election, use the FWAB. |
| What is the DoD Fax Service? | The DoD Fax Service is for those voters who cannot send their election materials directly to their election officials. To fax your election materials, use the "Transmission Cover Sheet" found in Chapter 1 or online at FVAP.gov and fax to: (703) 693-5527, DSN 223-5527 or toll-free from the U.S., Canada, Guam, Puerto Rico and the Virgin Islands to 1-800-368-8683. If you need to send your election materials to your election official by fax, but do not have access to a fax machine, you can email them to fax@fvap.gov and FVAP will fax your election materials for you. **This service is fax only.** If your state accepts your election materials by email you should email them directly to your election official. FVAP will not transmit email-to-email transactions. |
| What is the Prepaid Mail Label 11-DoD? | *Overseas Uniformed Service members* can use this label for general election absentee ballots. It provides free express mail service to your election official for general election absentee ballots. You can request to have a Prepaid Mail Label 11-DoD applied to your absentee ballot at Military Postal Office locations (APO/FPO). Keep part of the tracking label to track your absentee ballot through the U.S. Postal Service. |
| What is a primary election? | A primary election is an election held before the general election to determine the candidates that can be placed on the general election ballot. |
| I am an American citizen, but I have never lived in the U.S., can I vote in this state? | No. |
| I am a National Guardsman activated on state orders; does my state afford me UOCAVA privileges? | Yes. |
| How can I check the status of my ballot? | You can check the status of your absentee ballot here: https://www.pavoterservices.pa.gov/ |

## Pennsylvania

| Does my state have any online tools? | You can see if your state has any online tools available here: https://www.fvap.gov/pennsylvania |
| --- | --- |

# Registering and requesting your absentee ballot

Under federal law, the Federal Post Card Application (FPCA) registers you to vote and requests absentee ballots for a minimum of all federal elections in the current calendar year. Be sure to complete a new FPCA each year and every time your address changes.

## Complete the following sections of the FPCA

| Section 1 | Select the category that best describes you. |
| --- | --- |
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide your Pennsylvania-issued ID number or the last four digits of your Social Security Number. If you do not have any of these numbers you must enter in Section 6: "I do not have a Social Security Number or Pennsylvania-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to describe the location of your voting residence. |
| Section 3 | Enter your current mailing address, even if you are requesting your ballot by email or online. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FPCA. If you want to receive your absentee ballot by email or online, you must provide your email address. |
| Section 5 | A. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail" or "email or online". |
| | B. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for special or general elections. |
| Section 6 | Provide any information that may assist your election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## How and where to submit your FPCA

You can submit the FPCA by mail, email, or fax. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

Mail your FPCA: Once your FPCA is complete, sign and date the form. Mail your FPCA directly to your election official.

Email your FPCA: Once your FPCA is complete, sign and date the form. Scan the signed FPCA into your computer. Be sure to also include the "Transmission Cover Sheet". Email this package directly to your election official.

Fax your FPCA: Once your FPCA is complete, sign and date the form. Fax your FPCA directly to your election official. Be sure to also include the "Transmission Cover Sheet". You may use the DoD Fax Service to fax your FPCA if you do not have access to a fax machine to fax your election official directly. Instructions for the DoD Fax Service are in the "Important Information" section or online at FVAP.gov.

To find out the status of your FPCA, contact your election official. Your election official will contact you if your FPCA is not accepted.

# Voting your ballot

Once you receive your absentee ballot from your state it must be returned according to the deadlines and requirements in the "Federal Election Deadlines"

chart. For special federal elections, visit FVAP.gov for specific deadlines.

The state absentee ballot must be mailed to your election official. The address of your election official can be found in the "Local Election Offices" section. *Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section.

## Haven't received your ballot? Use the Federal Write-In Absentee Ballot

If you are a Uniformed Service member or eligible family member, you can use the Federal Write-In Absentee Ballot (FWAB) to register to vote and vote in all elections for federal, state and local offices, including ballot measures. If you are using the FWAB to register to vote, it must be received by the registration deadline listed in the "Federal Election Deadlines" chart.

If you are an overseas citizen and have already requested an absentee ballot, you may use the FWAB to vote in all elections for federal, state and local offices, including ballot measures. If not, you can only use the FWAB to vote in elections for federal office.

### Complete the following sections of the FWAB's voter information page

| | |
|---|---|
| Section 1 | Select the category that best describes you. |
| | Enter your current name (Last, First). If you are registered under a different name, provide this information in the previous name area. |
| | Your date of birth is required. |
| | You must provide your Pennsylvania-issued ID number or the last four digits of your Social Security Number. If you do not have any of these numbers you must enter in Section 6: "I do not have a Social Security Number or Pennsylvania-issued ID number." |
| Section 2 | Enter the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot. You cannot use a post office box mailing address. If your address is a rural route, use Section 6 to |

| | |
|---|---|
| | describe the location of your voting residence. |
| Section 3 | Enter your current mailing address. If you want your election materials sent to a different address or have a forwarding address, use the forwarding address space to provide this information. |
| Section 4 | Your contact information is recommended so your election official can contact you if they need additional information from you in order to accept your FWAB. If you want to receive your absentee ballot by email or online, you must provide your email address. |
| Section 5 | A. Check "Yes" if you would like to register to vote and/or request an absentee ballot, otherwise check "No" (Uniformed Service members only). |
| | B. Select your preferred method of receiving your absentee ballot. You can choose to receive your absentee ballot by "mail" or "email or online". |
| | C. To vote in primary elections, you must enter the name of the party ballot you want to receive. Political party affiliation is not required if requesting an absentee ballot for special or general elections. |
| Section 6 | Provide any information that may assist the election official in accepting this form. You can use this space to designate particular elections or the period you wish to receive ballots. |
| Section 7 | Sign and date the form. No witness signature required. |

## Vote your FWAB

To vote, write in either a candidate's name or political party for each office. You are not required to make a selection for each and every contest.

### How and where to submit your FWAB

The FWAB must be mailed to your election official. Contact information can be found in the "Local Election Offices" section or online at FVAP.gov.

Mail your FWAB (Hardcopy Instructions): Once your FWAB is complete, sign and date the "Voter Information" page. Fold along the dotted line and seal the completed "Official Backup Ballot", do not write on the "Official Ballot" envelope. Insert the sealed "Official Ballot" envelope and the "Voter

## Pennsylvania

Information" page into the mailing envelope and mail your FWAB directly to your election official.

**Mail your FWAB (Printed PDF Instructions):** If you are using a printed version of the FWAB you will need **two envelopes for your ballot to be accepted by Pennsylvania.** One envelope must be marked "Official Ballot" and the other envelope will be used as the mailing envelope. Place and seal the completed "Official Backup Ballot" into the envelope marked "Official Ballot". Then place that envelope and the "Voter Information" page into the mailing envelope and mail your FWAB directly to your election official.

*Overseas Uniformed Service members* can request to have the Prepaid Mail Label 11-DoD applied to the general election ballot. Additional information about this label can be found in the "Important Information" section or online at FVAP.gov.

See the "Federal Election Deadlines" chart for the deadline for submitting the FWAB. If you receive the state absentee ballot after transmitting your voted FWAB, you may also vote and return the state absentee ballot. If both are received by the deadline, only the state absentee ballot will be counted.

# Local election offices for county

| County | Mailing Address |
|---|---|
| Adams | Adams County Board of Elections<br>Adams County Courthouse<br>Gettysburg, PA 17325-2313<br>Phone: (717) 337-9832<br>Fax: (717) 337-9830<br>Email: acrouse@adamscounty.us |
| Allegheny | Allegheny County Board of Elections<br>542 Forbes Ave, Ste 604<br>Pittsburgh, PA 15219-2953<br>Phone: (412) 350-4500<br>Fax: (412) 350-5697<br>Email: Military/OverseasVoting@AlleghenyCounty.us |
| Armstrong | Armstrong County Board of Elections<br>450 E Market St, Ste 207<br>Kittanning, PA 16201-1429<br>Phone: (724) 548-3222<br>Fax: (724) 548-3714<br>Email: aspoole@co.armstrong.pa.us |
| Beaver | Beaver County Board of Elections<br>810 Third St.<br>Beaver, PA 15009-2139<br>Phone: (724) 770-4440<br>Fax: (724) 728-9318<br>Email: csisk@beavercountypa.gov |
| Bedford | Bedford County Board of Elections<br>200 S Juliana St<br>Bedford, PA 15522-0166<br>Phone: (814) 623-4807<br>Fax: (814) 623-0991<br>Email: dbrown@bedfordcountypa.org |
| Berks | Berks County Board of Elections<br>633 Court St., 1st Floor<br>Reading, PA 19601-4302<br>Phone: (610) 478-6490<br>Fax: (610) 478-6218<br>Email: elections@countyofberks.com |
| Blair | Blair County Board of Elections<br>297 Loop Rd.<br>Hollidaysburg, PA 16648-9978<br>Phone: (814) 693-3150<br>Fax: (814) 693-3144<br>Email: sseymour@blairco.org |
| Bradford | Bradford County Board of Elections<br>6 Court St, Ste 2<br>Towanda, PA 18848-1878<br>Phone: (570) 265-1717<br>Fax: (570) 265-1738<br>Email: smithkorsr@bradfordco.org |
| Bucks | Bucks County Board of Elections<br>55 E. Court St.<br>Doylestown, PA 18901-4318<br>Phone: (215) 348-6154<br>Fax: (215) 348-6387<br>Email: elections@buckscounty.org |
| Butler | Butler County Board of Elections<br>124 West Diamond St. P.O. Box 1208<br>Butler, PA 16001<br>Phone: (724) 284-5308<br>Fax: (724) 284-5311<br>Email: asheasle@co.butler.pa.us |
| Cambria | Cambria County Board of Elections<br>200 S. Center St<br>Ebensburg, PA 15931-1947<br>Phone: (814) 472-1464<br>Fax: (814) 472-9642<br>Email: mdillon@co.cambria.pa.us |

**Pennsylvania**

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| Cameron | Cameron County Board of Elections<br>20 E. 5th St<br>Emporium, PA 15834-1469<br>Phone: (814) 486-9321<br>Fax: (814) 486-3176<br>Email: elections@cameroncountypa.com | Elk | Elk County Board of Elections<br>300 Center St P.O. Box 448<br>Ridgway, PA 15853-0448<br>Phone: (814) 776-5337<br>Fax: (814) 776-5362<br>Email: klrey@countyofelkpa.com |
| Carbon | Carbon County Board of Elections<br>76 Susquehanna St. P.O. Box 170<br>Jim Thorpe, PA 18229-0170<br>Phone: (570) 325-4801<br>Fax: (570) 732-0040<br>Email: lisadart@carboncounty.net | Erie | Erie County Board of Elections<br>140 W. 6th St, Rm 110<br>Erie, PA 16501-1029<br>Phone: (814) 451-6276<br>Fax: (814) 451-7007<br>Email: tfernandez@eriecountypa.gov |
| Centre | Centre County Board of Elections<br>420 Holmes St<br>Bellefonte, PA 16823-1488<br>Phone: (814) 355-6703<br>Fax: (814) 355-6857<br>Email: elections@centrecountypa.gov | Fayette | Fayette County Election Bureau<br>2 West Main Street, Suite 111<br>Uniontown, PA 15401<br>Phone: (724) 430-1289<br>Fax: (724) 430-4948<br>Email: mbkuznik@fayettepa.org |
| Chester | Chester County Board of Elections<br>601 Westtown Road, Ste 150 P.O. Box 2747<br>West Chester, PA 19380-0990<br>Phone: (610) 344-6410<br>Fax: (610) 344-5682<br>Email: ccfpca@chesco.org | Forest | Forest County Board of Elections<br>526 Elm St. - Unit #3<br>Tionesta, PA 16353-9724<br>Phone: (814) 755-3537<br>Fax: (814) 755-8837<br>Email: jahitchcock@co.forest.pa.us |
| Clarion | Clarion County Board of Elections<br>330 Main St<br>Clarion, PA 16214-1093<br>Phone: (814) 226-4000<br>Fax: (814) 226-8069<br>Email: ccallihan@co.clarion.pa.us | Franklin | Franklin County Board of Elections<br>272 North Second Street<br>Chambersburg, PA 17201-1824<br>Phone: (717) 261-3886<br>Fax: (717) 261-3131<br>Email: voter@franklincountypa.gov |
| Clearfield | Clearfield County Board of Elections<br>212 E. Locust St., Ste 106<br>Clearfield, PA 16830-2448<br>Phone: (814) 765-2642 x5053<br>Fax: (814) 765-2642<br>Email: elections@clearfieldco.org | Fulton | Fulton County Board of Elections<br>116 W. Market St, Ste 205<br>McConnelsburg, PA 17233-1018<br>Phone: (717) 485-6864<br>Fax: (717) 485-9411<br>Email: electionsdirector@co.fulton.pa.us |
| Clinton | Clinton County Board of Elections<br>2 Piper Way<br>Suite 309, PA 17745-0928<br>Phone: (570) 893-4019<br>Fax: (570) 893-4041<br>Email: mboileau@clintoncountypa.com | Greene | Greene County Board of Elections<br>County Office Building 93 E. High St., Rm 102<br>Waynesburg, PA 15370-1839<br>Phone: (724) 852-5304<br>Fax: (724) 852-5320<br>Email: jsnyder@co.greene.pa.us |
| Columbia | Columbia County Board of Elections<br>11 W. Main St., P.O. Box 380<br>Bloomsburg, PA 17815-0380<br>Phone: (570) 389-5640<br>Fax: (570) 784-0257<br>Email: mrepasky@columbiapa.org | Huntingdon | Huntingdon County Board of Elections<br>233 Penn St<br>Huntingdon, PA 16652-1486<br>Phone: (814) 643-3091 x205<br>Fax: (814) 643-8152<br>Email: tthompson@huntingdoncounty.net |
| Crawford | Crawford County Board of Elections<br>Crawford County Courthouse 903 Diamond Park<br>Meadville, PA 16335-2678<br>Phone: (814) 333-7307<br>Fax: (814) 337-0457<br>Email: jmcfarland@co.crawford.pa.us | Indiana | Indiana County Board of Elections<br>825 Philadelphia St<br>Indiana, PA 15701-3934<br>Phone: (724) 465-3852<br>Fax: (724) 465-2935<br>Email: dstreams@indianacountypa.gov |
| Cumberland | Cumberland County Board of Elections<br>1601 Ritner Highway<br>Carlisle, PA 17013<br>Phone: (717) 240-6385<br>Fax: (717) 240-7759<br>Email: bureauofelections@cumberlandcountypa.gov | Jefferson | Jefferson County Board of Elections<br>155 Main St, 2nd Fl<br>Brookville, PA 15825-1269<br>Phone: (814) 849-1603<br>Fax: (814) 849-4084<br>Email: klupone@jeffersoncountypa.com |
| Dauphin | Dauphin County Board of Elections<br>1251 South 28th Street<br>Harrisburg, PA 17111<br>Phone: (717) 780-6360<br>Fax: (717) 780-6478<br>Email: election@dauphincounty.gov | Juniata | Juniata County Board of Elections<br>Juniata County Courthouse 1 North Main Streets<br>P.O. Box 68<br>Mifflintown, PA 17059<br>Phone: (717) 436-7706<br>Fax: (717) 436-7756<br>Email: eweyrich@juniataco.org |
| Delaware | Delaware County Bureau of Elections<br>2501 Seaport Drive, Suite 120<br>Chester, PA 19013<br>Phone: (610) 891-4673<br>Fax: (610) 892-0641<br>Email: UOCAVA@co.delaware.pa.us | Lackawanna | Lackawanna County Board of Elections<br>123 Wyoming Avenue, 2nd Floor<br>Scranton, PA 18503<br>Phone: (570) 963-6737<br>Fax: (570) 963-6691<br>Email: hopkinse@lackawannacounty.org |

# Pennsylvania

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| Lancaster | Lancaster County Board of Elections<br>150 N. Queen St, Ste 117<br>Lancaster, PA 17603-3562<br>Phone: (717) 299-8293<br>Fax: (717) 299-3076<br>Email: voter@co.lancaster.pa.us | Montour | Montour County Board of Elections<br>Montour County Board of Elections, 435 East Front Street<br>Danville, PA 17821<br>Phone: (570) 271-3000<br>Fax: (570) 271-3088<br>Email: hbrandon@montourco.org |
| Lawrence | Lawrence County Board of Elections<br>Lawrence County Government Center, 430 Court Street<br>New Castle, PA 16101-3593<br>Phone: (724) 656-2161<br>Fax: (724) 656-1987<br>Email: lcvote@co.lawrence.pa.us | Northampton | Northampton County Board of Elections<br>669 Washington St., Room 1211<br>Easton, PA 18042-4101<br>Phone: (610) 829-6260<br>Fax: (610) 559-3736<br>Email: election@northamptoncounty.org |
| Lebanon | Lebanon County Board of Elections<br>Municipal Building, Rm 209 400 S. 8th St.<br>Lebanon, PA 17042-6794<br>Phone: (717) 228-4428<br>Fax: (717) 675-2669<br>Email: voter@lebcnty.org | Northumberland | Northumberland County Board of Elections<br>320 N. Second St. Ste 1<br>Sunbury, PA 17801-2360<br>Phone: (570) 988-4208<br>Fax: (570) 988-4306<br>Email: nathan.savidge@norrycopa.net<br>Email: Lindsay.phillips@norrycopa.net |
| Lehigh | Lehigh County Board of Elections<br>Lehigh County Government Center 17 S. 7th St.<br>Allentown, PA 18101-2401<br>Phone: (610) 782-3194<br>Fax: (610) 770-3845<br>Email: timothybenyo@lehighcounty.org | Perry | Perry County Board of Elections<br>25 W Main St<br>New Bloomfield, PA 17068-0037<br>Phone: (717) 582-2131 x4110<br>Fax: (717) 582-5162<br>Email: bdelancey@perryco.org |
| Luzerne | Luzerne County Board of Elections<br>20 N. Pennsylvania Ave, Ste 207<br>Wilkes-Barre, PA 18701-3505<br>Phone: (570) 825-1715<br>Fax: (570) 820-6399<br>Email: elections@luzernecounty.org | Philadelphia | Philadelphia County Board of Elections<br>City Hall, Room 142<br>Philadelphia, PA 19107<br>Phone: (215) 686-3469<br>Fax: (215) 686-3398<br>Email: phillyelection@phila.gov |
| Lycoming | Lycoming County Board of Elections<br>48 W. Third St<br>Williamsport, PA 17701-0536<br>Phone: (570) 327-2267<br>Fax: (570) 320-2117<br>Email: flehman@lyco.org | Pike | Pike County Board of Elections<br>506 Broad St<br>Milford, PA 18337-1535<br>Phone: (570) 296-3426<br>Fax: (570) 296-6055<br>Email: nmanzoni@pikepa.org |
| McKean | McKean County Board of Elections<br>McKean County Courthouse 500 W. Main St.<br>Smethport, PA 16749-1149<br>Phone: (814) 887-3203<br>Fax: (814) 887-2242<br>Email: lmpratt@mckeancountypa.org | Potter | Potter County Board of Elections<br>1 N Main St., Ste. 204<br>Coudersport, PA 16915-1690<br>Phone: (814) 274-8467<br>Fax: (814) 274-7395<br>Email: slewis@pottercountypa.net |
| Mercer | Mercer County Board of Elections<br>130 North Pitt Street, Suite B<br>Mercer, PA 16137<br>Phone: (724) 662-7542<br>Fax: (724) 662-1530<br>Email: thall@mercercountypa.gov | Schuylkill | Schuylkill County Board of Elections<br>420 N. Center St<br>Pottsville, PA 17901<br>Phone: (570) 628-1467<br>Fax: (570) 628-1466<br>Email: agricoski1@co.schuylkill.pa.us |
| Mifflin | Mifflin County Board of Elections<br>Mifflin County Courthouse 20 N. Wayne St.<br>Lewistown, PA 17044-1770<br>Phone: (717) 248-6571<br>Fax: (717) 242-5455<br>Email: VoterRegistration@MifflinCO.org | Snyder | Snyder County Board of Elections<br>9 W Market St P.O. Box 217<br>Middleburg, PA 17842-0217<br>Phone: (570) 837-4286<br>Fax: (570) 837-4282<br>Email: sguyer@snydercounty.org |
| Monroe | Monroe County Board of Elections<br>Monroe County Administration Offices One Quaker Plaza, Rm 105<br>Stroudsburg, PA 18360-2170<br>Phone: (570) 517-3165<br>Fax: (570) 517-3856<br>Email: smay-slifee@monroecountypa.gov | Somerset | Somerset County Board of Elections<br>300 N. Center Ave, Ste 340<br>Somerset, PA 15501-1472<br>Phone: (814) 445-1549<br>Fax: (814) 445-7991<br>Email: voter@co.somerset.pa.us |
| Montgomery | Montgomery County Board of Elections<br>PO Box 311<br>Norristown, PA 19404-0311<br>Phone: (610) 278-3277<br>Fax: (610) 292-4527<br>Email: ksisler@montcopa.org | Sullivan | Sullivan County Board of Elections<br>245 Muncy St. P.O. Box 157<br>Laporte, PA 18626-0157<br>Phone: (570) 946-5201<br>Fax: (570) 946-4421<br>Email: elections@sullivancounty-pa.us |

**Pennsylvania**

| County | Mailing Address | County | Mailing Address |
|---|---|---|---|
| Susquehanna | Susquehanna County Board of Elections<br>Susquehanna County Courthouse, 105 Maple St.,<br>P.O. Box 218 31 Lake Ave.<br>Montrose, PA 18801-0218<br>Phone: (570) 278-4600<br>Fax: (570) 278-9268<br>Email: vrs@susqco.com | Washington | Washington County Board of Elections<br>100 W. Beau St, Suite 206<br>Washington, PA 15301-4432<br>Phone: (724) 228-6750<br>Fax: (724) 250-6422<br>Email: melanie.ostrander@co.washington.pa.us |
| Tioga | Tioga County Board of Elections<br>118 Main St<br>Wellsboro, PA 16901-0589<br>Phone: (570) 723-8230<br>Fax: (570) 724-9124<br>Email: pwhipple@tiogacountypa.us | Wayne | Wayne County Board of Elections<br>Wayne County Courthouse Annex 925 Court St.<br>Honesdale, PA 18431-1996<br>Phone: (570) 253-5978<br>Fax: (570) 253-5432<br>Email: cfurman@waynecountypa.gov |
| Union | Union County Board of Elections<br>155 N. 15th St<br>Lewisburg, PA 17837-8822<br>Phone: (570) 524-8681<br>Fax: (570) 524-8627<br>Email: gradel@unionco.org | Westmoreland | Westmoreland County Board of Elections<br>2 N. Main St, Ste 109<br>Greensburg, PA 15601-2405<br>Phone: (724) 830-3150<br>Fax: (724) 830-3152<br>Email: election@co.westmoreland.pa.us |
| Venango | Venango County Board of Elections<br>Courthouse Annex P.O. Box 831 1174 Elk St.<br>Franklin, PA 16323-0831<br>Phone: (814) 437-9514<br>Fax: (814) 432-4741<br>Email: mbailey@co.venango.pa.us | Wyoming | Wyoming County Board of Elections<br>Wyoming County Courthouse 1 Courthouse Sq<br>Tunkhannock, PA 18657-1216<br>Phone: (570) 996-2224<br>Fax: (570) 836-5797<br>Email: fkellett@wycopa.org |
| Warren | Warren County Board of Elections<br>Warren County Courthouse 204 Fourth Ave.<br>Warren, PA 16365-2399<br>Phone: (814) 728-3406<br>Fax: (814) 728-3419<br>Email: kransom@warrencountypa.gov | York | York County Board of Elections<br>28 E Market St<br>York, PA 17401-1579<br>Phone: (717) 771-9604<br>Fax: (717) 771-4387<br>Email: evr@yorkcountypa.gov |

This page intentionally left blank.