#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HON. GUY RESCHENTHALER, et al.  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>AL SCHMIDT, et al.,  )<br>)<br>Defendants.  )<br>) | Civil No. 1:24-CV-01671<br><br>The Hon. Christopher J. Connor<br>United States District Judge |

## **ENTRY OF APPEARANCE**

TO:  CLERK, UNITED STATES DISTRICT COURT

    Kindly enter the appearance of David F. Russey, of the law firm of Dentons Cohen & Grigsby P.C., as counsel for Intervenors the Democratic National Committee and the Pennsylvania Democratic Party, in the above-captioned matter.

Respectfully Submitted,

DENTONS COHEN & GRIGSBY P.C.

By: /s/ David F. Russey
    Clifford B. Levine (Pa. I.D. No. 33507)
    David F. Russey (Pa. I.D. No. 84184)
    Dentons Cohen & Grigsby P.C.
    625 Liberty Avenue 5th Floor
    Pittsburgh, Pennsylvania 15222
    Phone:   (412) 297-4998
    Fax:       (412) 209-1975
    Email:    *clifford.levine@dentons.com*
             *david.russey@dentons.com*

| | |
|---|---|
| Seth P. Waxman*<br>Daniel S. Volchok*<br>Christopher E. Babbitt*<br>Ann E. Himes*<br>**WILMER CUTLER PICKERING**<br> **HALE AND DORR LLP**<br>2100 Pennsylvania Ave. N.W.<br>Washington, D.C. 20037<br>(202) 663-6000<br>seth.waxman@wilmerhale.com<br>daniel.volchok@wilmerhale.com<br>christopher.babbitt@wilmerhale.com<br>annie.himes@wilmerhale.com | Nicholas Werle*<br>Schuyler D. Atkins*<br>**WILMER CUTLER PICKERING**<br> **HALE AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br>nick.werle@wilmerhale.com<br>schuyler.atkins@wilmerhale.com<br><br>Kyle T. Edwards*<br>**WILMER CUTLER PICKERING**<br> **HALE AND DORR LLP**<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>(628) 235-1061<br>kyle.edwards@wilmerhale.com |
| *\*Pro hac vice* forthcoming<br><br>Dated:  October 15, 2024<br>*5043967.v1* | *Attorneys for Intervenors the Democratic National Committee and the Pennsylvania Democratic Party* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing ENTRY OF APPEARANCE was filed electronically on October 15, 2024. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         */s/ David F. Russey*