IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HON. GUY RESCHENTHALER, a member of the U.S. House of Representatives, HON. DAN MEUSER, a member of the U.S. House of Representatives, HON. GLENN "G.T." THOMPSON, a member of the U.S. House of Representatives, HON. LLOYD SMUCKER, a member of the U.S. House of Representatives, HON. MIKE KELLY, a member of the U.S. House of Representatives, HON. SCOTT PERRY, a member of the U.S. House of Representatives, PA FAIR ELECTIONS,<br><br>        Plaintiffs,<br><br>  v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth JONATHAN MARKS, in his official capacity as the Deputy Secretary for Elections and Commissions for the Commonwealth of Pennsylvania,<br><br>        Defendants,<br><br>  and<br><br>DEMOCRATIC NATIONAL COMMITTEE, PENNSYLVANIA DEMOCRATIC PARTY,<br><br>        Intervenor-Defendants. | **Case No. 1:24-cv-1671-CCC**<br>**Judge Christopher C. Conner** |

**MEMORANDUM OF THE DEMOCRATIC NATIONAL COMMITTEE
AND THE PENNSYLVANIA DEMOCRATIC PARTY
REGARDING THE OCTOBER 18, 2024, HEARING**

The Court's October 4 order in this case (Dkt. 21) directed the parties to file prehearing memoranda to "apprise the court whether they anticipate calling any witnesses or putting on additional evidence beyond the supporting affidavit and exhibits attached to plaintiffs' complaint and motion." Consistent with the Court's order yesterday converting the upcoming evidentiary hearing to an oral argument (Dkt. 40), the Democratic National Committee and the Pennsylvania Democratic Party do not intend to call any witnesses or put on any evidence.

October 16, 2024

Respectfully submitted,

/s/ Clifford B. Levine

Seth P. Waxman*
Daniel S. Volchok*
Christopher E. Babbitt*
Ann E. Himes*
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
2100 Pennsylvania Ave. N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
annie.himes@wilmerhale.com

Kyle T. Edwards*
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
One Front Street, Suite 3500
San Francisco, CA 94111
(628) 235-1061
kyle.edwards@wilmerhale.com

*Pro hac vice* pending

Clifford B. Levine
   Pa. Id. No. 33507
David F. Russey
   Pa. Id. No. 84184
**DENTONS COHEN & GRIGSBY
  P.C.**
625 Liberty Ave.
Pittsburgh, PA 15222
(412) 297-4900
clifford.levine@dentons.com


Nicholas Werle*
Schuyler D. Atkins*
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
nick.werle@wilmerhale.com
schuyler.atkins@wilmerhale.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served on all counsel of record on October 16, 2024, by this Court's CM/ECF system.

*/s/ Clifford B. Levine*
CLIFFORD B. LEVINE