# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hon. Guy Reschenthaler, a member of the U.S. House of Representatives, et al., | Civil No. 1:24-CV-01671 |
| Plaintiffs, | |
| v. | |
| Al Schmidt, in his official capacity as Secretary of the Commonwealth, et al., | |
| Defendants. | |

## Plaintiffs' Prehearing Memorandum

The Plaintiffs apprise the Court that they will be attending the Oral Argument consistent with the Court's Order dated October 15, 2024. R. Doc. 40.

Dated: October 16, 2024

/s/Erick G. Kaardal
Erick G. Kaardal (WI No. 1035141)
Elizabeth A. Nielsen (PA No. 335131)*
Mohrman, Kaardal & Erickson, PA
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
kaardal@mklaw.com
nielsen@mklaw.com
*Attorneys for Plaintiffs*
*Applications for Admission pending

/s/Karen DiSalvo
Karen DiSalvo (PA No. 80309)
Election Research Institute
Mohrman, Kaardal & Erickson
1451 Quentin Road, Suite 232
Lebanon, PA 17042
kd@election-institute.com
*Attorney for Plaintiffs*