### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hon. Guy Reschenthaler, *et al.*, | |
| Plaintiffs, | Civil Action No. 1:24-cv-1671-CCC |
| v. | |
| Secretary Al Schmidt, *et al.*, | Hon. Christopher C. Conner |
| Defendants. | Filed Electronically |

### ENTRY OF APPEARANCE

Kindly enter our appearance for *Amici Curiae* U.S. Vote Foundation, American Citizens Abroad, Association of Americans Resident Overseas, Blue Star Families, Federation of American Women's Clubs Overseas, Maria H. Craig, Thomas Lipton, Ellen Lebelle, Ann Madden, Kristi Carroll-Lorin, Daniel Morrow, and Teresa Morrow in the above-referenced matter.

Respectfully submitted,

/s/ Timothy E. Gates
Donna A. Walsh (PA 74833)
Timothy E. Gates (PA 202305)
Richard L. Armezzani (PA 322804)
dwalsh@mbklaw.com
tgates@mbklaw.com
rarmezzani@mbklaw.com

*Attorneys for Amici Curiae*

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
570-342-6100

Date: October 18, 2024

## **CERTIFICATE OF SERVICE**

    I, Timothy E. Gates, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon all counsel of record via the Court's ECF system on this 18th day of October 2024:

                                                 /s/ Timothy E. Gates
                                                 Timothy E. Gates

Date:  October 18, 2024