# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hon. Guy Reschenthaler, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:24-cv-1671-CCC |
| Secretary Al Schmidt, *et al.*, | Hon. Christopher C. Conner |
| Defendants. | Filed Electronically |

## ORDER

AND NOW, on this ___ day of _____, 2024, in consideration of the Motion for Leave to File Brief of *Amici Curiae* nonpartisan organizations U.S. Vote Foundation, American Citizens Abroad, Association of Americans Resident Overseas, Blue Star Families, and Federation of American Women's Clubs Overseas, and impacted overseas voters Maria H. Craig, Thomas Lipton, Ellen Lebelle, Anne Madden, Kristi Carroll-Lorin, Daniel Morrow, and Teresa Morrow, and good cause appearing therefor, the Motion is hereby GRANTED. The Brief of *Amici Curiae*, attached as Exhibit A to the Motion, shall be deemed filed.

_____
Christopher C. Conner
United States District Judge