IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hon. Guy Reschenthaler, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Secretary Al Schmidt, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-01671-CCC <br> Hon. Christopher C. Conner |

## ORDER

This matter having come before the Court by motion of proposed *amicus curiae* Secure Families Initiative, seeking leave to file an *amicus* brief in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amicus* participation

The Motion for Leave to File *Amicus Curiae* Brief by Secure Families Initiative in Support of Defendant's Motion to Dismiss and in Opposition to Plaintiffs' Temporary Restraining Order is hereby GRANTED.

SO ORDERED this 22nd day of October, 2024.

/s/ Christopher C. Conner
**Hon. Christopher C. Conner**
United States District Court Judge

#124654247v1