IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hon. Guy Reschenthaler, *et al.*, <br><br>     *Plaintiffs*, <br><br> v. <br><br> Secretary Al Schmidt, *et al.*, <br><br>     *Defendants.* | Case No. 1:24-cv-01671 <br> Hon. Christopher C. Conner |

# ORDER [PROPOSED]

AND NOW, this _____ day of October 2024, upon the Motion for Leave to File Brief of Amicus Curiae, America First Legal Foundation, it is hereby **ORDERED** that the Motion is **GRANTED** and America First Legal Foundation is granted leave to file the amicus curiae brief attached to its motion.

BY THE COURT:

_____
CHRISTOPHER C. CONNER
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify the foregoing has been filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Middle District of Pennsylvania. I further hereby certify that, in accordance with Fed. R. Civ. P. 5, service has been made upon counsel of record via ECF.

                                                            Respectfully submitted,

Dated: October 28, 2024                */s/ Walter S. Zimolong III*
                                                   WALTER S. ZIMOLONG III, ESQ.