**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GUY RESCHENTHALER**, *et al.*, | : | **CIVIL ACTION NO. 1:24-CV-1671** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **AL SCHMIDT**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 29th day of October, 2024, upon consideration of plaintiffs' motion (Doc. 3) for temporary restraining order and preliminary injunction, and further upon consideration of defendants' motion (Doc. 28) to dismiss plaintiffs' amended complaint (Doc. 23), and the briefs in support of and in opposition to the parties' respective motions, (see Docs. 5, 6, 29, 30, 51, 52; see also Docs. 55-2, 74-1, 86-1, 93-1), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 28) to dismiss is GRANTED.

2. Plaintiffs' amended complaint (Doc. 23) is DISMISSED without further leave to amend.

3. Plaintiffs' motion (Doc. 3) for temporary restraining order and preliminary injunction is DENIED as moot.

4. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania